J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Nicole L. Drey (SBN 250235)
nicole@coombspc.com
J. Andrew Coombs, A Prof. Corp.
517 E. Wilson Ave., Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiffs Columbia
Pictures Industries, Inc., Universal City
Studios LLLP and Universal City
Studios Productions LLLP

Spencer Self
mrspencerr1@gmail.com
2503 Apricot Place
Saratoga Springs, Utah 84045
Telephone: (801) 787-2525

Defendant, *in pro se*



E-FILED
JUL 31 2009

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Columbia Pictures Industries, Inc., Universal City Studios LLLP and Universal City Studios Productions LLP,<br><br>  Plaintiffs,<br>v.<br>Spencer Self, et al.<br>  Defendants. | Case No. CV 08-4393 GHK (PLAx)<br><br>[PROPOSED] CONSENT DECREE AND PERMANENT INJUNCTION |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiffs Columbia Pictures Industries, Inc., Universal City Studios LLLP and Universal City Studios Productions LLLP (collectively "Plaintiffs") and Defendant Spencer Self ("Defendant") in this action, and good cause appearing therefore, hereby:

Columbia, et al. v. Self, et al.: [Proposed] Consent Decree            - 1 -

ORDERS that based on the parties' stipulation and only as to Defendant, his successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2) Plaintiffs claim that they own or control the pertinent rights in and to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (The copyrights identified in Exhibit A are collectively referred to herein as "Plaintiffs' Properties").

3) Plaintiffs have alleged that Defendant has made unauthorized uses of Plaintiffs' Properties or substantially similar likenesses or colorable imitations thereof.

4) Defendant and his agents, servants, employees and all persons in active concert and participation with him who receive actual notice of the Injunction are hereby restrained and enjoined from:

    a) Infringing Plaintiffs' Properties, either directly or contributorily, in any manner, including generally, but not limited to manufacturing, importing, reproducing, distributing, advertising, selling and/or offering for sale any unauthorized product which features any of Plaintiffs' Properties ("Unauthorized Products"), and, specifically from:

        i) Importing, manufacturing, reproducing, distributing, advertising, selling and/or offering for sale the Unauthorized Products or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Plaintiffs' Properties;

        ii) Importing, manufacturing, reproducing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized

promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of Plaintiffs' Properties;

iii) Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendant's customers and/or members of the public to believe, the actions of Defendant, the products sold by Defendant, or Defendant himself is connected with Plaintiffs, is sponsored, approved or licensed by Plaintiffs, or is affiliated with Plaintiffs;

iv) Affixing, applying, annexing or using in connection with the importation, manufacture, reproduction, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiffs.

5) Each side shall bear its own fees and costs of suit.

6) Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7) This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8) The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10) The above-captioned action, shall, upon filing by Plaintiffs of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation,

and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

11) This Court shall retain jurisdiction over the Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED: 7/31/09

Hon. George H. King
Judge, United States District Court
for the Central District of California

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: _____
J. Andrew Coombs
Nicole L. Drey
Attorneys for Plaintiffs Columbia Pictures Industries, Inc., Universal City Studios LLLP and Universal City Studios Productions LLLP

Spencer Self

By: _____
Spencer Self
Defendant, in pro se

Columbia Pictures Industries, Inc., et al. v. Spencer Self, et al.
Exhibit A

| TITLE | COPYRIGHT # |
|---|---|
| 50 First Dates | PA1-202-550 |
| 7 Seconds | PAU2919-976 |
| Alice In Wonderland, Part II | PA 303-568 |
| All The King's Men | PA1-333-095 |
| Attack Force | PAU3090-304 |
| Basic Instinct 2 | PA1-306-619 |
| Benchwarmers, The | PA1-306-624 |
| Big Fish | PA1-195-955 |
| Blood Of Beasts | PA1-319-664 |
| Blue Thunder | PA 225-223 |
| Capote | PA1-267-185 |
| Charlie's Angels: Full Throttle | PA1-137-757 |
| Click | PA1-322-657 |
| Covenant, The | PA1-333-094 |
| Da Vinci Code, The | PA1-317-631 |
| Dirty | PAU2920-270 |
| Edison Force | PAU2982-908 |
| Exorcism Of Emily Rose, The | PA1-267-126 |
| Fog, The | PA1-267-204 |
| Fun With Dick And Jane | PA1-267-459 |
| Gridiron Gang | PA1-333-093 |
| Grudge 2, The | PA1-337-244 |
| Guardian, The | PA1-066-168 |
| Guess Who | PA1-266-170 |
| Gunfighters | LP 1031 |
| Hard Corps, The | PA1-352-411 |
| Hard Luck | PAU3073-860 |
| Hitch | PA1-250-718 |
| Hostel | PA1-299-209 |
| Into The Blue | PA1-267-190 |
| Jeff Foxworthy Show, The: The First Season | COMPILATION |
| Legend Of Zorro, The | PA1-267-256 |
| Little Man | PA1-322-770 |
| Lords Of Dogtown | PA1-271-471 |
| Maid In Manhattan | PA1-113-093 |
| Marie Antoinette | PAU3026-726 |
| Memoirs Of A Geisha | PA1-267-439 |
| Monster House | PA1-322-810 |
| Mr. Toad's Wild Ride | PA 804-166 |
| Open Season | PA1-333-139 |
| Peter Pan | PA1-199-166 |
| Rent | PA1-276-497 |
| Rv | PA1-313-962 |

Columbia Pictures Industries, Inc., et al. v. Spencer Self, et al.
Exhibit A

| TITLE | COPYRIGHT # |
|---|---|
| Second In Command | PAU3011-504 |
| Silent Hill | PA1-313-951 |
| Spider-Man | PA1-079-955 |
| Steamboy | PA1-245-694 |
| Stuart Little 2 | PA1-089-927 |
| Stuart Little 3: Call Of The Wild | PA1-327-077 |
| Talladega Nights: The Ballad Of Ricky Bobby | PA1-322-909 |
| Today You Die | PAU2920-086 |
| Ultraviolet | PA1-306-474 |
| Underworld: Evolution | PAU3011-478 |
| Wah Wah | PAU3011-429 |
| When A Stranger Calls | PA1-299-211 |
| Yours, Mine And Ours | PA1-267-435 |
| Zathura | PA1-267-325 |
| Zoom | PA1-322-917 |
| 2 Fast 2 Furious | PA1-133-903 |
| 2 For The Money | PA1-349-563 |
| 40 Year-Old Virgin, The | PA1-297-356 |
| Accepted | PA1-372-259 |
| American Pie Presents Band Camp | PENDING |
| American Pie Presents: The Naked Mile | PA1-366-160 |
| Antz | PA 908-854 |
| Black Dahlia, The | PA1-335-517 |
| Bourne Identity, The | PA1-127-929 |
| Break Up, The | PA1-343-576 |
| Brick | PA1-367-403 |
| Bring It On Again | PENDING |
| Bring It On: All Or Nothing | PA1-355-604 |
| Brokeback Mountain | PA1-318-774 |
| Catch A Fire | PA1-367-134 |
| Christmas Miracle At Sage Creek | PAU3043-864 |
| Chronicles Of Riddick, The | PA1-225-471 |
| Constant Gardener, The | PA1-324-059 |
| Curious George | PA1-279-009 |
| Dawn Of The Dead | PA1-212-817 |
| Doctor Who | PA 884-552 |
| Doom | PA1-304-264 |
| Dr. Seuss' The Cat In The Hat | PA1-188-694 |
| Dreamer: Inspired By A True Story | PA1-303-937 |
| Ed TV | PA 932-641 |
| Fast And The Furious, The: Tokyo Drift | PA1-327-443 |
| George A. Romero's Land Of The Dead | PA1-335-516 |
| Ghost In The Shell II: Innocence | PA 1-306-627 |

Columbia Pictures Industries, Inc., et al. v. Spencer Self, et al.
Exhibit A

| TITLE | COPYRIGHT # |
|---|---|
| Gladiator | PA 986-134 |
| Ice Harvest, The | PA1-303-935 |
| Idlewild | APPLICATION |
| Inside Man | PA1-324-050 |
| Jarhead | PA1-301-753 |
| Just Like Heaven | PA1-297-361 |
| King Kong | PA1-301-752 |
| Mee-Shee: The Water Giant | PAU2920-120 |
| Meet The Fockers | PA1-255-623 |
| Miami Vice | PA1-335-515 |
| Motorcycle Diaries, The | APPLICATION |
| Mummy, The | PA 933-218 |
| Munich | PA1-267-506 |
| Nanny Mcphee | PA1-303-940 |
| Perfect Man, The | PA1-283-002 |
| Pride And Prejudice | PA1-313-847 |
| Prime | PA1-297-355 |
| Prince Of Egypt, The | PA 901-894 |
| Red Eye | PA1-287-173 |
| Sixteen Candles | PA 232-417 |
| Slither | PA1-331-424 |
| Something New | PA1-366-383 |
| Two Brothers | PA1-225-472 |
| United 93 | PA1-363-708 |
| Van Helsing | PA1-222-766 |
| Waist Deep | PA1-327-430 |
| Wallace & Gromit: The Curse Of The Were-Rabbit | PA1-260-216 |
| You, Me And Dupree | PA1-337-654 |

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Avenue, Suite 202, Glendale, California 91206.

On July 30, 2009, I served on the interested parties in this action with the:

- JOINT STIPULATION RE ENTRY OF [PROPOSED] CONSENT DECREE AND PERMANENT INJUNCTION
- [PROPOSED] CONSENT DECREE AND PERMANENT INJUNCTION

for the following civil action:

<u>Columbia Pictures Industries, Inc. v. Spencer Self, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

```
Spencer Self a/k/a Inqvcer L. Self
2503 Apricot Place
Saratoga Springs, Utah 84045
```

Place of Mailing: Glendale, California
Executed on July 30, 2009, at Glendale, California

_____
Katrina Bartolome